**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7909**

UNITED STATES OF AMERICA,

           Plaintiff – Appellee,

     v.

JOSE WILLIAM ESCOBAR-PACHECO,

           Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.   Terrence W. Boyle, District Judge.   (7:06-cr-00092-BO-1; 7:08-cv-00031-BO)

Submitted:  July 23, 2009              Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jose William Escobar-Pacheco, Appellant Pro Se.  Edward D. Gray, Steve R. Matheny, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose William Escobar-Pacheco seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Escobar-Pacheco has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We deny Escobar-Pacheco's motions to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED